IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLYSON RASKIN et al., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-CV-02012-E-BH |
| CLAY JENKINS et al., | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are Defendants' Motion to Dismiss, (Doc. 3), and Plaintiff Raskin's Opposed Motion for Preliminary Injunction Against Electronic Voting Systems, (Doc. 10). The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED THAT:**

1. Defendants' Motion to Dismiss, (Doc. 3), is **DENIED** as moot, as—in accordance with the United States Magistrate Judge's findings, conclusions, and recommendation—Plaintiff(s) timely filed their First Amended Complaint on November 11, 2022. (Doc. 16; *see* Doc. 15 at 15 ("If Plaintiff timely files an amended complaint, however,

   Defendants' motion to dismiss should be DENIED as moot, and the action should be allowed to proceed on the amended complaint.")).[1]

2. Plaintiff Raskin's Opposed Motion for Preliminary Injunction Against Electronic Voting Systems, (Doc. 10), is **DENIED** in its entirety.

**SO ORDERED.**

4th day of April, 2023.

 _____
 ADA BROWN
 UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that, on November 23, 2022, Defendants moved again to dismiss Plaintiffs' First Amended Complaint. (Doc. 22). This Order is not an adjudication of Defendants' November 23, 2022 Defendants' Response to Plaintiff's First Amended Complaint, which moves for dismissal of the First Amended Complaint. (Doc. 22).