IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALLYSON RASKIN,           §<br>    Plaintiff,             §<br>                              §<br>v.                            §<br>                              §<br>HONORABLE CLAY JENKINS,   §<br>DALLAS COUNTY JUDGE and   §<br>MICHAEL SCARPELLO,        §<br>DALLAS COUNTY ELECTIONS   §<br>ADMINISTRATOR,            §<br>    Defendants.            § | Civil Action No. 3:22-CV-2012-E-BH |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Response to Plaintiff's First Amended Complaint*, which moves to dismiss the plaintiff's first amended complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), filed on November 23, 2022 (doc. 22), is **GRANTED**; *Petitioner's Opposed Motion for Emergency Injunction*, filed on November 17, 2022 (doc. 18), is **DENIED**; *Plaintiff's* [sic] *Memorandum in Support of Opposed Motion for Joinder of Parties*, filed on November 22, 2022 (doc. 19), and *Defendants' Motions Opposing Joinder of Plaintiffs and Defendants and to Strike Declarations and Affidavits from Plaintiff's First Amended Complaint*, filed on November 23, 2022 (doc. 23), are **DENIED as moot.** By separate judgment, the plaintiff's claims under 18 U.S.C. § 245; 42 U.S.C. §§ 1985, 1986; 52 U.S.C. §§ 10101, 20507(a)(6), and 20510; 5 U.S.C. §

522; 28 U.S.C. § 1343; and 28 U.S.C. §§ 1342, 2201-02 will be **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. Her remaining due process and equal protection claims, and any claims under the Texas Constitution and Texas Election Code, will be **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

    **SO ORDERED:** September 11, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE