IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLYSON RASKIN,<br>    Plaintiff,<br><br>v.<br><br>HONORABLE CLAY JENKINS,<br>DALLAS COUNTY JUDGE and<br>MICHAEL SCARPELLO,<br>DALLAS COUNTY ELECTIONS<br>ADMINISTRATOR,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-CV-2012-E-BH |

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, and DECREED that:

1. The plaintiff's claims under 18 U.S.C. § 245; 42 U.S.C. §§ 1985, 1986; 52 U.S.C. §§ 10101, 20507(a)(6), and 20510; 5 U.S.C. § 522; 28 U.S.C. § 1343; and 28 U.S.C. §§ 1342, 2201-02 are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. Her remaining due process and equal protection claims, and any claims under the Texas Constitution and Texas Election Code, are **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

2. The taxable costs of court, as calculated by the clerk of the court, are assessed against the plaintiff.

3. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the parties.

**SO ORDERED:** September 11, 2023.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE